MAX WEISSBARD, ET AL., PLAINTIFFS-APPELLANTS, v. POTTER DRUG & CHEMICAL CORPORATION, DEFEND-ANT-RESPONDENT.

Argued February 27, 1950—Decided March 6, 1950.

*Mr. Sandford Freedman* argued the cause for the appellants (*Messrs. Bilder, Bilder & Kaufman*, attorneys).

*Mr. Joseph H. Stamler* argued the cause for the respondent (*Messrs. Lorentz & Stamler*, attorneys).

PER CURIAM. The judgment will be affirmed for the reasons expressed in the opinion of Judge Freund in the Superior Court, Chancery Division.

*For affirmance*—Chief Justice VANDERBILT, and Justices CASE, HEHER, WACHENFELD and BURLING—5.

*For reversal*—None.